City of Tampa, Plaintiff in Error, v. Mary Ferreira *et al.,* Defendants in Error.

### Division A.

Writ of error to Circuit Court, Hillsborough county; Josph B. Wall, Judge.

John P. Wall for plaintiff in error.

Hilton S. Hampton and W. W. Hampton for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for plaintiffs and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*